JS-6

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
                                            Case No. CV 19-10597-AB (MRWx)
11   Throop, LLC
                      Plaintiff,
12                                          ORDER OF DISMISSAL FOR
13   v.                                     LACK OF PROSECUTION WITHOUT
                                            PREJUDICE
14   Epson America, Inc.
15                      Defendants.         (PURSUANT TO LOCAL RULE 41)
16
17

18       On March 20, 2020, the Court issued an Order to Show Cause why this case

19   should not be dismissed for lack of prosecution. A written response to the Order to

20   Show Cause was ordered to be filed no later than April 3, 2020. No response having

21   been filed to the Court's Order to Show Cause,

22       IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed,

23   without prejudice, for lack of prosecution and for failure to comply with the orders of

24   the Court, pursuant to Local Rule 41.

25
26   Dated:  April 7, 2020       _____
                                 ANDRÉ BIROTTE JR.
27                               UNITED STATES DISTRICT COURT JUDGE
28